United States District Court - Eastern District of New York

| | |
|---|---|
| GARY LA BARBERA, ET AL. | ) Index No.: CV-03-1508 |
| | ) |
| | ) |
| Plaintiff | ) **AFFIDAVIT OF SERVICE** |
| v. | ) |
| R. RIO TRUCKING, ET AL. | ) |
| | ) |
| | ) |
| Defendant | ) |

STATE OF  New York: COUNTY OF  New York    ss:

I, NELSON ACEVEDO, being duly sworn, depose and say deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York.  That on FEBRUARY 19, 2011 at 4:35 PM at 455 HELENE AVENUE, SHIRLEY, NY 11967, deponent served the within SUBPOENA AD TESTIFICANDUM(RTN DATE: MAY 16, 11) AND WITNESS FEE OF $110O/C on PATRICK MCGROARY, WITNESS, therein named.

INDIVIDUAL:  By delivering a true copy of each to said individual personally, deponent knew the person so served to be the person described as said person therein.

DESCRIPTION:  Deponent further states that the description of the person actually served is as follows:
Gender: Male    Race/Skin: White    Hair: Black    Glasses: No    Age: 40    Height: 5'8"    Weight: 200

COMMENTS:

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_____
Nelson Acevedo Lic. #1007586
Target Research & Investigation Corporation
20 Vesey Street, PH
New York, NY 10007
(212) 227-9600

Subscribed and sworn to before me, a notary public, on this _____/_____ day of ___March___, 2011.

_____
Notary Public

My Commission Expires:

**CHRISTINA O'SULLIVAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OS6124768
Qualified in Queens County
Commission Expires March 28, 2013**

ID: 11-009060

Client Reference: La Barbera v. R. Rio

**Target Research & Investigation Corporation • 20 Vesey Street, PH, New York, NY 10007 • (212) 227-9600**

United States District Court - Eastern District of New York

--------------------------------

GARY LA BARBERA, ET AL.                    ) Index No.: CV-03-1508
                                           )
                                           )
                     Plaintiff             ) **AFFIDAVIT OF SERVICE**
                   v.                      )
R. RIO TRUCKING, ET AL.                    )
                                           )
                                           )
                   Defendant               )
--------------------------------

STATE OF  New York: COUNTY OF   New York      ss:

I, NELSON ACEVEDO, being duly sworn, depose and say deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York.  That on APRIL 30, 2011 at 6:20 PM at 1232 FAIRBANKS AVENUE, BAY SHORE, NY 11706, deponent served the within SUBPOENA AD TESTIFICANDUM(RTN DATE: MAY 16, 11) AND WITNESS FEE OF $90 O/C on DENNIS CROWLEY, therein named.

SUITABLE AGE PERSON:   By delivering a true copy of each to JEAN CROWLEY, the MOTHER of/for DENNIS CROWLEY.

DESCRIPTION:  Deponent further states that the description of the person actually served is as follows:
Gender: Female      Race/Skin: White      Hair: Brown      Glasses: No      Age: 58      Height: 5'5"      Weight: 165

COMMENTS:

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

                                           Nelson Acevedo, Lic. #1007586
                                           Target Research & Investigation Corporation
                                           20 Vesey Street, PH
                                           New York, NY 10007
                                           (212) 227-9600

Subscribed and sworn to before me, a notary public, on this _____ day of _____, 2011.
                                           My Commission Expires:

Notary Public

CHRISTINA O'SULLIVAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OS6124768
Qualified in Queens County
Commission Expires March 28, 2013

ID: 11-009345                                          Client Reference: La Barbera v. R. Rio
        Target Research & Investigation Corporation  •  20 Vesey Street, PH, New York, NY 10007  •  (212) 227-9600

United States District Court - Eastern District of New York

GARY LA BARBERA, ET AL.

) Index No.: CV-03-1508
)
)
)
Plaintiff                    ) **AFFIDAVIT OF SERVICE**
                v.           )
R. RIO TRUCKING, ET AL.      )
                             )
                             )
Defendant                    )

STATE OF  New York: COUNTY OF  New York      ss:

I, NELSON ACEVEDO, being duly sworn, depose and say deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York. That on APRIL 30, 2011 at 2:10 PM at 1519 NORTH THOMPSON DRIVE, BAY SHORE, NY, deponent served the within SUBPOENA AD TESTIFICANDUM(RTN DATE: MAY 16, 11) on DENNIS CROWLEY, therein named.

SUITABLE AGE PERSON:  By delivering a true copy of each to TILLIE "DOE".

DESCRIPTION:  Deponent further states that the description of the person actually served is as follows:
Gender: Female    Race/Skin: White    Hair: Brown    Glasses: No    Age: 42    Height: 5'2"    Weight: 135

COMMENTS: Recipient refused to provide me with her last name.

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Nelson Acevedo, Lic.#1007586
Target Research & Investigation Corporation
20 Vesey Street, PH
New York, NY 10007
(212) 227-9600

Subscribed and sworn to before me, a notary public, on this _____ day of _____, 2011.
                              My Commission Expires:

Notary Public

**CHRISTINA O'SULLIVAN**
**NOTARY PUBLIC-STATE OF NEW YORK**
**No. 01OS6124768**
**Qualified in Queens County**
**Commission Expires March 28, 2013**

US DISTRICT COURT OF THE EASTERN DISTRICT OF NEW YORK
COUNTY OF

**AFFIDAVIT OF SERVICE**

GARY LA BARBERA, ET AL.,

Plantiff(s)/Petitioners(s)

- AGAINST -

R. RIO TRUCKING A/K/A R. RIO TRUCKING, INC., MMK TRUCKING, INC., RIO PAVING, AND ROAD SAVERS,

Defendant(s) / Respondent(s)

| ATTORNEY: | TARGET |
|---|---|
| FF/INDEX #: | |
| DATE FILED: | |
| DOCKET #: | CV-03-1508(SLT)(JO) |
| | CV-06-1329(SLT)(JO) |
| PRESIDING: | |
| COURT D/T: | 5/16/11 @ 9:30 A.M. |
| AMOUNT: | |

## STATE OF NEW YORK, COUNTY OF ORANGE ss:

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on **2/24/11** at **9:00 PM** at **11 ELM ROAD
MONROE, NY 10950**

deponent served the within **SUBPOENA AD TESTIFICANDUM**

on **RICHARD BRANIGAN**

therein named

| | | |
|---|---|---|
| **INDIVIDUAL** | ☑ | By Personally delivering to and leaving with said individual, and that he knew the person so served to be the person mentioned and described in said writ. |
| | ☑ | AND AT THE SAME TIME PAYING IN ADVANCE **$100.00**   THE AUTHORIZED FEE |

**DESCRIPTION**   Deponent describes the individual served as follows:

**MALE, WHITE SKIN, BROWN HAIR, 35-40 YRS, 5'7"-5'8", 150-160 LBS**

Other identifying features:

**BALDING, BEARD, MUSTACHE**

| | | |
|---|---|---|
| **MILITARY SERVICE** | ☑ | I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Defendant wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. |

Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on:  **2/28/2011**

_____
**PAUL COLALUCA**

LINDA ROSSI
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES JANUARY 7, 20__
01RO6180139

JOHN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES JULY 15, 20__
01GO5013764

JO-ANN JOHNSON
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES AUGUST 15, 20__
01JO5031856

KATHLEEN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES NOVEMBER 15, 20__
01GO4632958

United States District Court - Eastern District of New York

GARY LA BARBERA, ET AL.

                               Plaintiff
                               v.

R. RIO TRUCKING, ET AL.

                              Defendant

Index No.: CV-03-1508

**AFFIDAVIT OF SERVICE**

STATE OF New York: COUNTY OF New York    ss:

I, NELSON ACEVEDO, being duly sworn, depose and say deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York. That on APRIL 04, 2011 at 8:00 PM at S.J. GRILLO, CPA, 420 JERICHO TURNPIKE, JERICHO, NY 11753, deponent served the within SUBPOENA AD TESTIFICANDUM(RTN DATE: MAY 16, 11) AND WITNESS FEE of $70 O/C on JOSEPH GRILLO, WITNESS, therein named.

INDIVIDUAL: By delivering a true copy of each to said individual personally, deponent knew the person so served to be the person described as said person therein.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: Male    Race/Skin: White    Hair: Bald    Glasses: No    Age: 48    Height: 5'10"    Weight: 195

COMMENTS:

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

                                _____
                                Nelson Acevedo, Lic. #1007586
                                Target Research & Investigation Corporation
                                20 Vesey Street, PH
                                New York, NY 10007
                                (212) 227-9600

Subscribed and sworn to before me, a notary public, on this _____ 6 day of _April_____, 2011.

_____    My Commission Expires:
Notary Public

CHRISTINA O'SULLIVAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OS6124768
Qualified in Queens County
Commission Expires March 28, 2013

CHRISTINA O'SULLIVAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OS6124768
Qualified in Queens County
~~si....~~ March 28, 2013

ID: 11-009055

Client Reference: La Barbera v. R. Rio

Target Research & Investigation Corporation  •  20 Vesey Street, PH, New York, NY 10007  •  (212) 227-9600